# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Childs, Julianna M. | U.S. District Court, SC | 07/10/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street, 3rd Floor
Columbia, SC 29201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | ▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 07/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | �altest - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association Litigation Section | 1/16/2014 - 1/18/2014 | San Deigo, CA | Winter Leadership Meeting (Division IV Director of ABA Sect of Lit Committees) | Airfare, Set Day Per Diem (Lodging), and Ground Transportation |
| 2. | South Carolina Bar Association | 1/23/2014 - 1/25/2014 | Kiawah Island, SC | Annual State Bar Convention | Milage, Registration and one nights stay |
| 3. | National Conference of Federal Trial Judges of ABA | 2/6/2014 - 2/9/2014 | Chicago, IL | ABA Annual Midyear Meeting | Airfare, Lodging, Ground Transportation, Meals and Incidentails |
| 4. | American Bar Association Section of Litigation's Insurance Coverage Litigation | 3/6/2014 - 3/8/2014 | Tucson, AZ | Conference Presenter | Airfare, Set 2 Day Lodging/Meal, and Ground Transportation |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Childs, Julianna M. | 07/10/2015 |

| | | | | |
|---|---|---|---|---|
| 5. | American Bar Association GPSolo Spring Meeting | 5/1/2014 - 5/2/2014 | Las Vegas, NV | Spring Leadership Meeting (Co-Chair, Awards Committee) | Airfare and Lodging/ Meals |
| 6. | Standing Committee on Gavel Awards of American Bar Association (Member) | 5/9/2014 - 5/10/2014 | Chicago, IL | Committee Meeting of the Awards Committee Section | Airfare, Lodging/Meals, and Ground Transportation |
| 7. | American Bar Association Section of Litigation | 6/19/2014 - 6/21/2014 | Santa Fe, NM | Spring Leadership Meeting (Division IV Director of ABA Sect. of Lit. Committees) | Airfare, Set Day Per Diem (Lodging), and Ground Transportation |
| 8. | National Conference of Federal Trial Judges of American Bar Association | 8/7/2014 - 8/10/2014 | Boston, MA | ABA Annual Meeting - Strategic Planning | Airfare, Set Per Diem (Lodging/Meals), Ground Transportation, |
| 9. | American Bar Association Litigation Section | 9/18/2014 - 9/20/2014 | Nashville, TN | Fall Leadership Meeting (Division IV Director of ABA Sect of Lit Committees) | Airfare, Set Day Per Diem (Lodging), and Ground Transportation |
| 10. | American Bar Association GPSolo Division | 10/23/2014 - 10/25/2014 | Las Vegas, NV | Fall Leadership Meeting (Co-Chair, Awards Committee) | Airfare and Set 2 Day Per Diem (Lodging/Meals) |
| 11. | Standing Committee on Membership of American Bar Association | 11/2/2014 - 11/3/2014 | Chicago, IL | Committee Meeting | Airfare, Lodging, and Ground Transportation |
| 12. | South Carolina Defense Trial Attorneys' Association | 11/6/2014 - 11/9/2014 | Pinehurst, NC | SCDTAA Annual Meeting Presenter | Lodging, Conference Registration and Meals |
| 13. | Duke University School of Law | 5/19/2014-6/13/2015 | Durham, NC | Master's of Judicial Studies Program | Tuition, Lodging and Meals |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 07/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | US Airways | Credit Card | J |
| 2. | First Palmeto Savings Bank | Mortgage on Rental Property #1 | None |
| 3. | Wells Fargo N.A. | Mortgage on Rental Property # 2 | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Columbia, SC (1993, $58,500) | | None | M | W | | | | | |
| 2. Rental Property #2, Fayetteville, GA | E | Rent | M | W | | | | | |
| 3. - (2006, $180,000) | | | | | | | | | |
| 4. Mass Mutual - Whole Life | A | Interest | K | T | | | | | |
| 5. - (Risk -based, No Control) | | | | | | | | | |
| 6. Raintree Vacations Time Share (1995, $9,000) | | None | J | W | | | | | |
| 7. Wells Fargo Bank Accounts - Was Wachovia | A | Interest | K | T | | | | | |
| 8. South Carolina Community Bank (X) | A | Interest | J | T | | | | | |
| 9. Morgan Stanley Traditional IRA (X) | A | Dividend | K | T | | | | | |
| 10. Morgans Stanley Traditional/RollOver IRA (X) | E | Dividend | K | T | | | | | |
| 11. Fidelity Cash Reserves Fund (FDRXX) (Y) | | | | | | | | | |
| 12. Carolinas Telco Federal Credit Union Account | A | Int./Div. | J | T | | | | | |
| 13. John Hancock Retiremement (Lifestyle Growth, No Control) | E | Int./Div. | M | T | | | | | |
| 14. -Lifestyle Growth | F | Dividend | M | T | | | | | |
| 15. -Aggressive Growth Mid Cap Stock Fund | C | Dividend | J | T | | | | | |
| 16. -Growth Mid Value Fund | D | Dividend | K | T | | | | | |
| 17. -BlackRock Golbal Allocation (X) | D | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Mutual Global Discovery | D | Dividend | K | T | | | | | |
| 19. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 20. GA Higher Ed Fut Scholar Aggres 529 College Savings (No Control) | A | Int./Div. | J | T | | | | | |
| 21. SC 401(k) profit sharing plan (risk-based, No Control) (Y) | | | | | | | | | |
| 22. SC 529 Future Scholar Aggres Growth Port A (Line 22 on 2010) | A | Dividend | K | T | | | | | |
| 23. TIAACREF Path2College 529Plan (Risk based, no control Balanced Option | A | Int./Div. | J | T | | | | | |
| 24. - AGGRES MNGD ALLC AGE 12-14 (2) ("X") | A | Dividend | J | T | | | | | |
| 25. - MNGD ALLC AGE 12-14(2) ("X") | A | Distribution | J | T | | | | | |
| 26. TIAACRE Path2 College 529Plan (Risk based, No control Guarant Option) | A | Int./Div. | J | T | | | | | |
| 27. -AGGRES MNGD ALLC AGE 15-17(2) ("X") | A | Distribution | J | T | | | | | |
| 28. -MNGD ALLC AGE 15-17 (1) (X) | A | Dividend | J | T | | | | | |
| 29. -100% Equity Option (X) | A | Dividend | J | T | | | | | |
| 30. -Balanced Option (X) | A | Dividend | J | T | | | | | |
| 31. -Guaranteed Option (X) | A | Dividend | J | T | | | | | |
| 32. B - IRA | B | Dividend | L | T | | | | | |
| 33. -Thornburg Int Value A(X) | | | | | | | | | |
| 34. Goldman Sachs Abslt Ret Trck I (GJRTX) | B | Int./Div. | J | T | Buy | 04/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Southern Physician Pro Services Common Stock (Y) | | | | | | | | | |
| 36. Morgan Stanley 529 College Savings Plan - AGGRES GROWTH A-(X) SHARE (X) | A | Dividend | K | T | | | | | |
| 37. -TCW Value Oppty N - PLA listed TCW Dividend Focus (X) | | | | | | | | | |
| 38. - Virtus Insight Emerg Mkts I (X) | | | | | | | | | |
| 39. - *Blackrock Inflat Prot Bond A (X) | | | | | | | | | |
| 40. -American Europacific GRWF (X) | | | | | | | | | |
| 41. - JP Morgan Mid Cap Value A (X) | | | | | | | | | |
| 42. -Delaware TX - FR USA Intermed A (X) | | | | | | | | | |
| 43. -DWS Dreman Small Cap Value A (X) | | | | | | | | | |
| 44. -DWS RREEF Real SEC A (X) | | | | | | | | | |
| 45. -Cambiar Small Cap Inv | | | | | | | | | |
| 46. -E V Income Fund of Boston A(X) | | | | | | | | | |
| 47. E V Income Fund of Boston I (EIBIX) | C | Int./Div. | J | T | Buy | 08/15/14 | J | | |
| 48. -Eaton Vance Commoodity Strat I (EICSX) | A | Int./Div. | J | T | Buy | 08/15/14 | J | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. Causeway Intl Value Instl (CIVIX) (X) | B | Int./Div. | J | T | Buy | 01/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Causeway Intl Value Instl (CIVIX) (Y) | | | | | | | | | |
| 53. Causeway Intl Value Instl (CIVIX) (Y) | | | | | | | | | |
| 54. Causeway Intl Value Instl (CIVIX) (Y) | | | | | | | | | |
| 55. Center Coast MLP Focus I (CCCNX) | D | Int./Div. | J | T | Buy | 04/11/14 | J | | |
| 56. -E V Large Cap Value A (X) | | | | | | | | | |
| 57. -Goldmand Sachs Abslte Ret Trk A | | | | | Buy (add'l) | 01/02/14 | K | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. -Goldman Sachs Grw Opport A (X) | | | | | | | | | |
| 62. -Ing Global Real Estate A | | | | | | | | | |
| 63. - Ivy Mid Cap Growth I(X) | | | | | | | | | |
| 64. -Legg Mason Wa Intrm Trm Muni | | | | | | | | | |
| 65. -Mainstay LRG Cap Grwl (Prv rprd as "Mainstay LRG CapGrw A"(X) | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. -Pimco Emerging Local Bd A (X) | | | | | | | | | |
| 68. -Pimco Foreign Bd Us $ Hedged P (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. -Pimco Short Term P (X) | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. -Rydex/Sgi Mamaged Fut Str A(X) | | | | | | | | | |
| 73. -Templeton Global (X) | | | | | | | | | |
| 74. -Guggenheim Mngd Futrs Strat H(X) | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. -Legg Mason Wa Emerg Mkt Debt I(X) | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. -Nuveen Nwq Large Cap Value I (X) | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. -AQR Managed Futures Strategy I (X) | | | | | | | | | |
| 83. -Wstern Ast Int Term Muni C (X) | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. -*Western Ast Int Term Muni I (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 07/10/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. JP Morgan Dynamite SMCP SEL (JDSCX) (Y) | | | | | | | | | |
| 88. Wells Fargo ADVSTMUNIBD ADM (WSTMX) (Y) | | | | | | | | | |
| 89. -*Managers Systematic Md Cp Value I (Y) | | | | | | | | | |
| 90. | | None | P1 | W | | | | | |
| 91. - (2004, $3,016,000) | | | | | | | | | |
| 92. TIAACREF Path2College 529 Plan (no contol Managed Alloc Opt 16) (Y) | | | | | | | | | |
| 93. TIAACRE Path2 College 529Plan (No control 100% Equity Option) (Y) | | | | | | | | | |
| 94. TIAACRE Path2College 529 Plan (No ctrl Aggres Manag ASlloca Pot 16 (Y) | | | | | | | | | |
| 95. Mainstay Large Cap GRW 1 (MLAIX)(Y) | | | | | | | | | |
| 96. Mainstay Lasrge Cap GRW 1 (MLAIX)(Y) | | | | | | | | | |
| 97. Center Coast MLP Focus I (CCCNX)(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Childs, Julianna M. | 07/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

*Line No. 21 (SC 401(k) profit sharing plan (risk-based, No-control) Sold 02/07/11

*Line No. 33 (Thornburg Int Value A) Sold 11/08/13

*Line No. 39 (Blackrock Inflat Prot Bond A) Sold 11/08/13

*Line No. 46 (E V Income Fund of Boston A) Sold part 03/08/13

*Line No. 47 (E V Income Fund of Boxton I (EIBIX)). The purchase of transaction took place in the previous period that should have been reported as: purchased on 08/15/14 (Buy) (J)

* Lines No. 52-54 (Causeway Intl VAlue Instl (CIVIX)) - The purchase of transcations took place in the pervious period that should have been reported as: purchased on 04/22/14; 08/15/15; & 12/08/15 (Buy) (J)

*Line No. 92 (TIAACREF Path2College 529 plan (No Control Managed Allocation Opt 16)-The purchase of transaction took place in the previous period that should have been reported)

*Line No. 93 (TIAACREF Path2College 529 Plan (No Control 100%Equity Option)-The purchase of transtion took place in the previous period that should have been reported)

*Line No. 94 (TIAACREF Path2College 529 Plan (No Contl Agres Manag Alloca Pot16)-The purchase of transtion took place in the period that should have been reported)

*Line No. 95 (Mainstay Large Cap GRWI (MLAIX)-The purchase of transtion took place in the period that should have been repiorted on 08/15/2015, Buy J

*Line No. 96 (Mainstay Large Cap GRWI (MLAIX) - The purchase of transtion took place in the period that should have beeb reported on 12/08/2015, Buy K

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Julianna M. Childs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544